IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUFINO J. VILLARREAL,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS BIGSBY, in his individual capacity; and KEVIN BEATTIE, in his individual capacity;<br><br>Defendants. | 8:20CV355<br><br>**SHOW CAUSE ORDER** |

On January 13, 2022, this matter was scheduled for a telephone status conference. Defense counsel appeared for the conference, but Plaintiff did not. Based on Plaintiff's failure to appear, the status conference was rescheduled for January 25, 2022. Once again, on January 25, 2022, defense counsel appeared for the conference, but Plaintiff did not.

Based on the above,

**IT IS ORDERED** that Plaintiff shall file a written affidavit explaining why he failed to appear for the status conferences on January 13, 2022 and January 25, 2022. The affidavit must be submitted by **February 8, 2022**. Failure to submit the affidavit by February 8, 2022 will result in immediate dismissal of this action for failure to comply with orders of this Court and for failure to prosecute this action. Also, Plaintiff must show good cause for his failures to appear for the conferences. Failure to do so will also result in dismissal of this case.

Dated this 25th day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge