IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUFINO J. VILLARREAL,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS BIGSBY, in his individual capacity; and KEVIN BEATTIE, in his individual capacity;<br><br>Defendants. | 8:20CV355<br><br>ORDER |

This matter is before the Court on Plaintiff's Application to Proceed In Forma Pauperis on Appeal (Filing No. 76).

Federal Rule of Appellate Procedure 24(a)(3) provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis." Fed. R. App. P. 24(a)(3). Plaintiff was previously granted in-forma-pauperis status before this Court (Filing No. 5), and the Court therefore finds his Application to Proceed In Forma Pauperis on Appeal (Filing No. 76) should be granted.

Accordingly,

**IT IS ORDERED** Plaintiff's Application to Proceed In Forma Pauperis on Appeal (Filing No. 76) is granted.

Dated this 19th day of July, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge